IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-60880
Summary Calendar
_____

ZORAN MATIC,

Petitioner,

versus

JANET RENO, U.S. Attorney
General,

Respondent.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A72 446 565

_____

October 6, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:*

Zoran Matic has filed a petition for review of an order of
removal issued by the Board of Immigration Appeals. The
respondent's motion to dismiss the petition for lack of
jurisdiction is GRANTED. Lopez-Elias v. Reno, 209 F.3d 788, 790
n.1 (5th Cir. 2000), petition for cert. filed, (U.S. July 28, 2000)
(No. 00-164); 8 U.S.C. § 1252(a)(2)(C). Matic's motions for bail
pending appeal and to adduce additional evidence are DENIED.

PETITION DISMISSED.

_____

*Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.